UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

:

ROMERO RIVERA, *et al.*,                              :

                                   *Plaintiffs,*     :            18. Civ. 4427 (PAC)

                                                      :

   *-against-*                                        :

                                                      :            **ORDER**

                                                      :

SILVER STAR CLEANERS, INC., *et al.*,                 :

                                                      :

                                   *Defendants.*      :

------------------------------------------------------------X

The parties have submitted a revised settlement agreement in this Fair Labor Standards Act case. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court must determine whether the settlement is fair and reasonable. The Court rejected the parties' original agreement because it included clauses referencing confidentiality and judgment on consent, as well as an overbroad release of the Plaintiffs' claims. *See* Opinion & Order, ECF No. 46 at 7.

The parties' revised settlement agreement has addressed some, but not all, of the Court's concerns. The parties are directed, again, to strike the language on page 2 referencing "Judgment on consent in the amount of $91,000." And given that new attorneys have been substituted for Plaintiffs' withdrawn counsel, the parties should also consider updating the agreement to reflect the new representation by CSM Legal, P.C., in place of Michael Faillace & Associates, P.C. Once re-executed and filed, the Court will approve the settlement agreement.

Dated: New York, New York
       February 10, 2022

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge