UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROMERO RIVERA, *et al.*,

           *Plaintiffs*,

    -against-

SILVER STAR CLEANERS, INC., *et al.*,

           *Defendants*.
-------------------------------------------------------------X

18. Civ. 4427 (PAC)

**ORDER**

The parties have submitted a revised settlement agreement in this Fair Labor Standards Act case. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court must determine whether the settlement is fair and reasonable.

The parties' most recent version of the settlement agreement still includes a clause where the parties "agree to enter a Judgment on consent in the amount of $24,000." ECF No. 59-1 at 2. As the Court previously noted, the settlement agreement itself "is an enforceable contract, and as such, the judgment on consent is an unnecessary, duplicative measure taken by the parties." Opinion & Order, ECF No. 46 at 7. The parties are once again directed to strike this clause from their agreement.

Once re-executed and filed, the Court will approve the settlement agreement.

Dated: New York, New York
       March 1, 2022

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge