UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROMERO RIVERA, *et al.*,

                *Plaintiffs,*                  18. Civ. 4427 (PAC)

      *-against-*

                                                  **ORDER**

SILVER STAR CLEANERS, INC., *et al.*,

                *Defendants.*
------------------------------------------------------------X

The parties have submitted a revised settlement agreement in this Fair Labor Standards Act case. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court must determine whether the settlement is fair and reasonable. The Court rejected the parties' original agreement because it included clauses referencing confidentiality and judgment on consent, as well as an overbroad release of the Plaintiffs' claims. *See* Opinion & Order, ECF No. 46 at 7.

The parties' revised settlement agreement has addressed the Court's concerns, and for the reasons expressed in its prior opinion, the Court approves the revised settlement agreement, ECF No. 61, as fair and reasonable. The request to approve the proposed Settlement Agreement is therefore **GRANTED**. The Court will separately so-order the parties' Stipulation of Voluntary Dismissal with Prejudice. The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York            SO ORDERED
       June 14, 2022

                                                   _____
                                                   PAUL A. CROTTY
                                                   United States District Judge